**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHEILA M. JOHNSON,          )   NO. CV 07-7263 SS
                            )
          Plaintiff,    )
                            )   **JUDGMENT**
         v.             )
                            )
MICHAEL J. ASTRUE,        )
Commissioner of the Social   )
Security Administration,    )
                            )
         Defendant.    )
_____)

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings, pursuant to section four of 42 U.S.C. § 405(g).

DATED: December 2, 2008.             /S/

                              _____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE